**FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA

OCT 02 2020

PER_____ MW
DEPUTY CLERK

(1) __Anthony Haskins 49,430__ :
(Name of Plaintiff)    (Inmate Number)
:
__501 Mall Road, Harrisburg, PA. 17111__ :
(Address)
:
(2)_____ :
(Name of Plaintiff)    (Inmate Number) :
:
_____ :          (Case Number)
(Address)                  :
:
(Each named party must be numbered, :
and all names must be printed or typed) :
:
                 vs.            :          **CIVIL  COMPLAINT**
:
(1) __Chad McGowan; Daril Foose;__ :
:
(2) __Tyon Meik; Daniel Rothschild;__ :
:
(3) __Judge Barbara Pianka__ :
(Names of Defendants)
:
(Each named party must be numbered, :
and all names must be printed or typed) :

TO BE FILED UNDER: __✓__ **42 U.S.C. § 1983 - STATE OFFICIALS**

_____ **28 U.S.C. § 1331 - FEDERAL OFFICIALS**

## I.    PREVIOUS  LAWSUITS

A.    If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

__Can't recall caption, case number, or judicial__
__officer. I have attempted to file other__
__complaints, but they were dismissed without__
__prejudice__

1

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ✓ Yes ___No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ✓ Yes ___No

C. If your answer to "B" is Yes:

   1. What steps did you take? _This is a civil complaint against officers of the Court. Attempted to file criminal charges._

   2. What was the result? _Prosecutor refused to initiate charges._

D. If your answer to "B" is No, explain why not: _____

## III. DEFENDANTS

(1) Name of first defendant: __Chad McGowan__

Employed as _Police Officer_ at _Harrisburg Police Department_
Mailing address: _123 Walnut St., Hbg., PA 17101_

(2) Name of second defendant: __Tyon Meik__
Employed as _Police Officer_ at _Harrisburg Police Department_
Mailing address: _123 Walnut St., Hbg., PA 17101_

(3) Name of third defendant: __Daril Foose__
Employed as _Police Officer_ at _Harrisburg Police Department_
Mailing address: _123 Walnut St., Hbg., PA 17101_

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. _____

2

Supplemental Complaint
page 2

III. Defendants

4. Name of fourth defendant: Daniel Rothschild
   Employed as District Attorney at Dauphin County District Attorneys Office
   Mailing address: Dauphin County Courthouse, Front and Market St., Hbg. PA 17101

5. Name of fifth defendant: Magistrate District Judge Barbara Pianka
   Employed as District Judge at MDJ-12-1-02
   Mailing address: 2967 A North 7th St., Hbg. PA 17110

IV. Statement of Claim

On October 5, 2018, officers McGowan, Foose, and Meik were operating an unmarked vehicle in the 1300 block of Susquehanna Street, in the City of Harrisburg. At approximately 8:25 p.m., the officers observed Plaintiff (who's identity was recognized from the outset, but the officers falsely alleged that they were observing an unknown male) walking in the 1400 block of Susquehanna Street. The officers illegally seized Plaintiff, illegally searched Plaintiff, and illegally searched his girlfriend's backyard without a warrant. Plaintiff was stalked, harassed, and targeted by these officers. All three officers were on a fishing expedition hoping something would turn up. McGowan even falsely alleged in his report that he knows Plaintiff hides and stores crack cocaine in bushes, trees, under cars, under rocks, or anywhere to avoid detection (False, unproven allegations), and also stated that Plaintiff was a target. All three officers acted under

color of state law, and subjected Plaintiff to an illegal seizure/arrest violating Plaintiff's Fourth Amendment Rights.

On October 31, 2018, Plaintiff had a preliminary hearing in front of Magistrate District Judge Barbara Pianka, and Daniel Rothschild was the attorney for the Commonwealth. Daniel Rothschild objected to Plaintiff's witnesses testifying, because they were not present on behalf of the Commonwealth, and his witnesses were not allowed to testify. Judge Pianka also told Plaintiff that he was not allowed to record the proceeding because of his self representation. At a second preliminary hearing on November 28, 2018, Judge Pianka didn't send subpoenas out for Plaintiff's witnesses to appear. Plaintiff's request for a continuance was denied, and he was forced to have the hearing without his witnesses testimony. Judge Pianka, and Daniel Rothschild both acted under color of state law violating Plaintiffs Fourteenth Amendment Rights to Due Process, and denied Plaintiff's Sixth Amendment Right to Compulsory Process.

2. _____

3. _____

## V.   RELIEF

(State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.)

1.   Plaintiff requests that judgement be entered in his favor against all Defendants for compensatory damages ($1,000 a day), plus interest, costs of suit, attorneys' fees, punative damages ($1,500 a day) for each Defendant, and any other relief to

2.   which Plaintiff may be entitled and that this Court deems just and proper. Compensatory damages ($1,000 a day for each defendant)

3. _____

3

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___28th___ day of ___September___, 20_20_.

_Anthony Haskins_
(Signature of Plaintiff)

4